# United States District Court
# For The Western District of North Carolina
# Charlotte Division

MERINDA BRYANT,
as Administratrix of the Estate of
Richard Bryant

       Plaintiff(s),                           JUDGMENT IN A CIVIL CASE

vs.                                               CASE NO. 3:10CV164

REGIONAL SERVICES, LTD,
dba SouthStar Ambulance Service

       Defendant(s).

DECISION BY COURT. This action having come before the Court by MOTION and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/8/2010 Order.

                                            Signed: June 8, 2010

                                            Frank G. Johns, Clerk
                                            United States District Court